**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

William Preston Crews  Jr.
Attorney at Law
P. O. Box 226
Natchitoches LA 71458-0226


**REHEARING ACTION: June 5, 2008**


**Docket Number: 07   01347-CA**

**KEITH SINGLETARY, ET AL.**
**VERSUS**
**STATE FARM FIRE & CASUALTY CO., ET AL.**

**Appealed from Sabine Parish Case No. 55,040**


<u>**BEFORE JUDGES**</u>**:**

> **Hon. Ulysses Gene Thibodeaux**
> **Hon. John D. Saunders**
> **Hon. Glenn B. Gremillion**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Conagra Poultry Company a/k/a Pilgrim's Pride Corporation**

has this day been

> **DENIED.**


cc: Craig Alan Davis, Counsel for the Appellee